UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRESTON,<br>　　　　Plaintiff,<br>　　v.<br>ZAHED U. AHMED, et al.,<br>　　　　Defendants. | Case No. 15-cv-04840-DMR (PR)<br>**JUDGMENT** |

For the reasons set forth in the court's Order Granting Defendants' Motion for Summary Judgment; and Denying Plaintiff's Cross-Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That Plaintiff's complaint is DISMISSED without prejudice to refiling his Eighth Amendment claims for monetary damages relating to the ten allegations (outlined in the court's Order) after exhausting California's prison administrative process; that any such claim against Defendants Ahmed, Bright, Ellis, and Adams relating to the grievance process is DISMISSED with prejudice; that judgment is hereby entered as to the remaining Eighth Amendment claims in favor of Defendants Ahmed, Bright, Chudy, Sepulveda, Ellis, and Adams in accordance with the court's Order; and that each party bear its own costs of action.

Dated: September 19, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT PRESTON,

    Plaintiff,

v.

ZAHED U. AHMED, et al.,

    Defendants.

Case No. 4:15-cv-04840-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Preston ID: K87715
F3-A-23-1L
P.O. Box 5244
Corcoran, CA 93212-5244

Dated: September 19, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU